```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 46578
    DELBERT O BANKS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4980


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/20/2004 and was confirmed 02/03/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 02/10/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
ONYX ACCEPTANCEO CORP      SECURED            5677.53    639.76        5677.53
ILLINOIS DEPT OF REVENUE   PRIORITY           1776.53       .00        1776.53
AT & T BANKRUPCTY          UNSECURED       NOT FILED        .00            .00
CITY OF CHICAGO PARKING    UNSECURED           150.00       .00          15.00
CREDIT PROTECTION          NOTICE ONLY     NOT FILED        .00            .00
DIAL AMERICA MARKETING I   UNSECURED       NOT FILED        .00            .00
NATIONAL CAPITAL MGMT LL   UNSECURED           7568.35      .00         756.84
ECMC                       UNSECURED          22959.14      .00        2295.91
ISAC                       NOTICE ONLY     NOT FILED        .00            .00
JAMES PAPANITOLAS          UNSECURED       NOT FILED        .00            .00
KCA FINANCIAL SERVICES     NOTICE ONLY     NOT FILED        .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED        .00            .00
MICHAEL F SALERNO          UNSECURED       NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00       .00            .00
HOMEQ SERVICING            SECURED NOT I     23160.79       .00            .00
ILLINOIS DEPARTMENT OF E   UNSECURED       NOT FILED        .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           870.92       .00          87.09
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY       1,800.00                  1,800.00
TOM VAUGHN                 TRUSTEE                                       837.18
DEBTOR REFUND              REFUND                                         81.16

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               13,967.00

PRIORITY                                    1,776.53
SECURED                                     5,677.53
    INTEREST                                  639.76
UNSECURED                                   3,154.84
ADMINISTRATIVE                              1,800.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46578 DELBERT O BANKS
```

```
TRUSTEE COMPENSATION                                      837.18
DEBTOR REFUND                                              81.16
                                    ----------------   ----------------
TOTALS                                    13,967.00          13,967.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 03/09/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 04 B 46578 DELBERT O BANKS